IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN-MICHAEL KUDER,

     Plaintiff,                    No. 2:10-cv-00404 MCE KJN PS

    v.

TAMMY HASS, in her official and private capacity, et al.,

     Defendants.         <u>ORDER</u>

/

       On August 24, 2010, the court issued an Order To Show Cause directing plaintiff to show cause why sanctions, including dismissal of his lawsuit, should not be imposed for plaintiff's failure to prosecute his lawsuit and failure to file an opposition or statement of non-opposition to a pending motion to dismiss filed by defendants JP Morgan Chase Bank, N.A., and California Reconveyance Company.  (Dkt. No. 16.)  Plaintiff filed a timely response on September 9, 2010, which supports discharge of the Order To Show Cause.  (Dkt. No. 17.)

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The court's Order to Show to Cause is discharged.

////

////

////

2. The hearing on the moving defendants' motion to dismiss will remain on calendar and be heard on October 7, 2010. The briefing schedule set forth in the Order to Show to Cause will also remain in effect.

IT IS SO ORDERED.

DATED: September 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE